Maplewood Software Inc v. Microsoft Corporation Doc. 1

Ralph H. Palumbo
Philip S. McCune
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
(206) 676-7000

Stephen J. Hill
PARR WADDOUPS BROWN GEE & LOVELESS
185 South State Street, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 532-7840

***Attorneys for Plaintiff Maplewood Software, Inc.***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| MAPLEWOOD SOFTWARE, INC.,<br>Plaintiff,<br>v.<br>MICROSOFT CORPORATION,<br>Defendant. | CASE NO. CV-08-066-EFS<br>COMPLAINT<br>JURY TRIAL DEMANDED |

Plaintiff Maplewood Software, Inc. ("Maplewood") brings this action against Defendant Microsoft Corporation ("Microsoft"), for damages and injunctive relief under state law and United States copyright law, as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction of this action under 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a) because Maplewood has asserted claims arising under the copyright laws of the United States. As a result, this Court also has

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Dockets.Justia.com

supplemental jurisdiction over Maplewood's state-law claims under 28 U.S.C. § 1367(a).

2. This Court also has supplemental jurisdiction over the state law claims asserted herein under 28 U.S.C. § 1367 because those claims are so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy.

3. Venue is proper in this district under 28 U.S.C. § 1391(b), because a substantial part of the events or omissions giving rise to Maplewood's claims occurred in this district.

## II. PARTIES

4. Plaintiff Maplewood is a corporation organized and existing under the laws of the State of Washington, with its principal place of business at 508 West 6th Avenue, Spokane, Washington. Maplewood develops and licenses of computer software, and owns valuable intellectual property rights in its software, including copyrights.

5. Defendant Microsoft is a corporation organized and existing under the laws of the State of Washington, with its principal place of business at One Microsoft Way, Redmond, Washington. Microsoft also develops computer software, including operating systems and applications, and licenses its products throughout the world.

## III. BACKGROUND

6. On November 11, 1999, Maplewood accepted a Purchase Order 968340 from Microsoft for development of one unit of a SQL database for Microsoft's NetDocs group that came to be called the TUPLE database. Microsoft and Maplewood agreed to a number of changes to the Purchase Order.

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Maplewood successfully completed TUPLE, which Microsoft accepted, in early 2001.

7. Maplewood has complied with the Copyright Act relating to, owns the copyright in, and has obtained a Certificate of Copyright Registration for the TUPLE database. The Copyright Registration Number for TUPLE is TX 6,496,877.

8. TUPLE is part of a build tool Microsoft calls SNAP, or Shiny New Automation Process. SNAP was designed to control the execution of large complex jobs on a network of computers. Its primary use is to manage building software executables from source code and testing the executables once built.

9. Under Microsoft's software development process, software executables are frequently produced for quality assurance purposes. SNAP allows this process to be completed with dramatic efficiency by enabling software executables to be tested simultaneously on a large number of computers, possibly more than 500 computers at once. The TUPLE database is the key to increasing the number of computers that may be simultaneously deployed in the testing process.

10. The core of the SNAP system is in two SQL server databases. The first, the TUPLE database, coordinates the work done by each computer in the testing process. The second, called SNAP, prioritizes the various test requests, delivering instructions to the TUPLE database with each test effort.

11. In February of 2006, Maplewood learned for the first time that there is an internal support alias at Microsoft for SNAP and that "a lot of teams are using it," including the Windows development team.

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

12. A book published in 2006 by a former Microsoft employee, Vincent Maraia, entitled "The Build Master: Microsoft's Software Configuration Management Best Practices," reports that Microsoft has been using SNAP for years, and plans to ship a tool that is a variation of this tool.

13. On information and belief, Microsoft's current version of SNAP incorporates the TUPLE database essentially unchanged from the product Maplewood delivered in 2001.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT)**

14. Maplewood repeats and realleges each of the foregoing allegations.

15. Under Purchase Order 968340, Microsoft ordered one unit of the TUPLE database, and has the right to use one unit of TUPLE. The Purchase Order granted Microsoft no right to make copies of TUPLE.

16. Microsoft has infringed Maplewood's copyright in the TUPLE database. Microsoft's infringing conduct has included, without limitation, the unauthorized copying of Maplewood's copyrighted software, in violation of Section 106 of the Copyright Act of 1976, 17 U.S.C. § 106.

17. By reason of the foregoing, Maplewood asserts a claim against Microsoft for injunctive and monetary relief under 17 U.S.C. §§ 502 through 505.

18. The amount of damages that Maplewood has suffered as a result of Microsoft's copyright infringement will be proven at trial.

19. Maplewood is also entitled to recover its costs, including reasonable attorneys' fees as part of costs, under 17 U.S.C. § 505.

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## SECOND CLAIM FOR RELIEF
## (BREACH OF CONTRACT)

20. Maplewood repeats and realleges each of the foregoing allegations.

21. Microsoft breached the terms of the Purchase Order by its unlicensed copying of the TUPLE database.

22. As a result of such breach, Maplewood has suffered damages in an amount of equal to the value of such copies, which shall be proven at trial.

## THIRD CLAIM FOR RELIEF
## (UNJUST ENRICHMENT)

23. Maplewood repeats and realleges each of the foregoing allegations.

24. Microsoft has been enriched without cause by virtue of its conduct and is required to compensate Maplewood to extent that it has been enriched.

25. The amount of damages that Maplewood has suffered as a result of Microsoft's unjust enrichment will be proven at trial.

## FOURTH CLAIM FOR RELIEF
## (CONVERSION)

26. Maplewood repeats and realleges each of the foregoing allegations.

27. Microsoft's conduct described above, including its unauthorized copying of Maplewood's TUPLE database software, constitutes conversion of Maplewood's property.

28. The amount of damages that Maplewood has suffered as a result of Microsoft's conversion will be proven at trial.

## IV. PRAYER FOR RELIEF

WHEREFORE, Maplewood prays for judgment against Microsoft as follows:

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

A. Under Maplewood's First Claim for Relief, awarding Maplewood, at its election, either Maplewood's actual damages and Microsoft's profits, as provided by 17 U.S.C. § 504(b); and permanently enjoining Microsoft, and those participating or acting in concert with it, from copying or using more than one copy of the TUPLE database software.

B. Under Maplewood's Second, Third and Fourth Claims for Relief, awarding Maplewood all amounts that Maplewood is entitled to recover by reason of Microsoft's breaches of contract, unjust enrichment or conversion, plus interest thereon, as such amounts and interest are established on at trial;

C. Under all Claims for Relief, awarding Maplewood any additional damages that the Court deems just under the circumstances of the case;

D. Awarding Maplewood prejudgment and other interest as allowed by law;

E. Awarding Maplewood its allowable costs and reasonable attorneys' fees; and

F. Awarding Maplewood such other and further relief as the Court deems proper.

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 15th day of February, 2008.

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiff Maplewood Software, Inc.

By /s/ Philip S. McCune
Ralph H. Palumbo, WSBA #04751
Philip S. McCune, WSBA #21081

And by:

Stephen J. Hill
PARR WADDOUPS BROWN GEE & LOVELESS
185 South State Street, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 532-7840

Attorneys for Plaintiff Maplewood Software, Inc.