UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MAPLEWOOD SOFTWARE INC,

              Plaintiff,

      v.

MICROSOFT CORPORATION,

             Defendant.

No. CV-08-066-EFS

ORDER OF RECUSAL

    For reasons that are unnecessary to recite here, the Court deems it appropriate to recuse itself, pursuant to 28 U.S.C. § 455, from any further proceedings in the above-captioned civil matter. Accordingly,

    **IT IS HEREBY ORDERED** that this case be returned to the District Court Executive for random reassignment to another Judge in this district.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

    **DATED** this   27th   day of February, 2008.

                      S/ Edward F. Shea
                      Edward F. Shea
            United States District Judge

ORDER OF RECUSAL - 1