UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAPLEWOOD SOFTWARE, INC.,            )
                                    )
                    Plaintiff,      )
                                    )        No. CV-08-0066-EFS
                                    )
                                    )        ***NOW***
          vs.                       )
                                    )        No. CV-08-0066-RHW
MICROSOFT CORPORATION,              )
                                    )
                                    )        **ORDER OF REASSIGNMENT**
                    Defendant.      )
_____ )

    This case was originally assigned to Judge Edward F. Shea, who has recused himself. Accordingly,

    **IT IS HEREBY ORDERED:**

    1. This case is reassigned to Chief Judge Robert H. Whaley for all further proceedings.

    2. The District Court Executive **and all counsel SHALL CHANGE THE INITIALS** on the case number on all future pleadings from **EFS** to **RHW**.

    The District Court Executive is directed to file this Order and provide copies to counsel.

    **DATED** this 4th day of March, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

ORDER OF REASSIGNMENT - 1