UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAPLEWOOD SOFTWARE, INC., <br><br>　　Plaintiff, <br><br>　　v. <br><br>MICROSOFT CORPORATION, <br><br>　　Defendant. | NO. CV-08-066-RHW <br><br>**CONSENT JUDGMENT** |

　　Plaintiff Maplewood Software, Inc. ("Maplewood") and Defendant Microsoft Corporation ("Microsoft"), having resolved all claims in the pending action, stipulate as follows:

　　1. The Court has proper jurisdiction over the parties and the subject matter of this litigation.

　　2. Maplewood brought this action for copyright infringement and breach of contract on or about February 15, 2008. Although never formally served with a copy of the complaint, Microsoft denies that it breached any contract with Maplewood, and denies that it infringed Maplewood's claimed copyright in the TUPLE database.

　　3. Each party is to bear its own costs and attorneys' fees incurred in this litigation.

　　4. This Consent Judgment finally concludes and disposes of all the claims in this litigation with prejudice. Final judgment shall be entered pursuant to this Consent Judgment, without further notice.

///

///

**CONSENT JUDGMENT** * 1

1 **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter
2 this final Consent Judgment forthwith and **close the file**.
3     **DATED** this 14th day of August, 2009.

<em>s/Robert H. Whaley</em><br>
ROBERT H. WHALEY<br>
Senior United States District Judge

Q:\CIVIL\2008\maplewood.close.order.wpd

**CONSENT JUDGMENT * 2**